UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEIDI BARNARD,

                        Plaintiff,

                                        CIVIL CASE NO. 05-40071

v.

JO ANNE B. BARNHART, Commissioner of     HONORABLE PAUL V. GADOLA
Social Security,                                      U.S. DISTRICT COURT

                        Defendant.
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

      Before the Court are the parties' cross motions for summary judgment and the Report and Recommendation of the Honorable Virginia M. Morgan, United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Plaintiff's motion for summary judgment, grant Defendant Commissioner's motion for summary judgment, and affirm the decision denying disability benefits. The Magistrate Judge served the Report and Recommendation on all parties on September 29, 2005 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately October 17, 2005. Neither party filed objections to the Report and Recommendation.

      The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the report and recommendation [docket entry 12] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [docket entry 9] is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant Commissioner's motion for summary judgment [docket entry 11] is **GRANTED**.

**SO ORDERED.**

Dated:   December 29, 2005                         s/Paul V. Gadola
                                                    HONORABLE PAUL V. GADOLA
                                                    UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   December 30, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
            Janet L. Parker; Victor L. Galea, Sr.                 , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:                                                                                .

                                                    s/Ruth A. Brissaud
                                                    Ruth A. Brissaud, Case Manager
                                                    (810) 341-7845